# United States Court of Appeals
## Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Miguel J. Cortez
Clerk

In Replying Give Number
Of Case And Names of Parties

July 5, 1996



Carlos Juenke
Clerk, U.S. District Court
Federal Courthouse Square, 301 N. Miami Ave.
Miami, FL 33128

RE:  93-5256  Seminole Tribe v. State of Florida
DC DKT NO.: 91-06756 CIV-SM

---

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court.

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

MIGUEL J. CORTEZ, Clerk

Reply To: Allen Thornell (404) 331-3836

Encl.

DIS-4    (6/92)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 93-5256

FILED
JUL 5 1996

SEMINOLE TRIBE OF FLORIDA,

Plaintiff-Appellant,

versus

STATE OF FLORIDA DEPARTMENT OF
HEALTH AND REHABILITATIVE SERVICES;
LAWTON CHILES, Governor of the State
of Florida,

Defendants-Appellees.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE: BIRCH and BLACK, Circuit Judges.

BY THE COURT:

Appellant's "agreed motion to dismiss this appeal as a result of the Supreme Court decision in Seminole Tribe of Florida v. State of Florida" is GRANTED.

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: [signature]
Deputy Clerk
Atlanta, Georgia